# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harold Mora,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VectraRx Mail Pharmacy Services LLC,<br><br>　　　　　Defendant. | No. CV-25-00080-TUC-JCH<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 17). Because Plaintiff has filed his Notice of Voluntary Dismissal before Defendant has served an answer or motion for summary judgment, there is nothing for the Court to do other than terminate the action. Fed. R. Civ. P. 41(a)(1)(A); *see American Soccer Co. v. Score First Enters.*, 187 F.3d 1108, 1110 (9th Cir. 1999).

　　　　Accordingly,

　　　　**IT IS ORDERED directing** the Clerk of the Court to dismiss Plaintiff's Complaint with prejudice and close this case.

　　　　Dated this 13th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge